# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**10:55 am, 5/13/21**

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| MARY A. BOWERS and JASON BOWERS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) Case No. 20-CV-147-ABJ ) |
| STEVEN L. BROWN, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon stipulation and joint motion of the parties requesting that the Court enter an order dismissing the above-entitled matter with prejudice. The Court, after having reviewed the file and motion, finds no just reason that the case should not be dismissed as requested.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** the above-entitled action is hereby dismissed with prejudice, each party to bear their own costs. The trial date and all other settings relative to this matter are hereby vacated.

DATED 13th day of _____May_____ 2021.

_____
UNITED STATES DISTRICT COURT JUDGE